WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

THOMAS D'ANGELO,

    PETITIONER,

–vs–

DORA B. SCHRIRO, et al.,

    RESPONDENTS.

CIV 04–1006–PHX–MHM (DKD)

ORDER

    Upon good cause shown, it is ordered authorizing the service of a subpoena to Carrie S. Chaplin at 90th Regional Spt Cmd – Legal Office, 8000 Camp Robinson Road, North Little Rock, Arkansas, 72118.

    DATED this 24th day of January, 2006.

David K. Duncan
United States Magistrate Judge