**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas J. D'Angelo,<br><br>        Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>        Respondents. | No. CIV 04-1006-PHX-MHM (DKD)<br><br>**ORDER** |

Pursuant to Petitioner's Motion for Order Allowing Petitioner to Wear Corrective Boots to the Evidentiary Hearing (Doc. #32), and for good cause appearing,

**IT IS ORDERED** allowing Petitioner to wear corrective boots to the Evidentiary Hearing on February 3 and 6, 2006.

**IT IS FURTHER ORDERED** that DOC shall permit Petitioner to wear the corrective boots pursuant to this order.

DATED this 26th day of January, 2006.

David K. Duncan
United States Magistrate Judge